## UTILITIES ELKHORN COAL COMPANY v. ROBINSON.

(Decided June 24, 1932.)

J. J. MOORE for movant.

W. K. STEELE opposed.

PER CURIAM.

Appeal denied; judgment affirmed.